UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| Plaintiff, | : | |
| | : | VIOLATIONS: |
| v. | : | Bribery |
| | : | (18 U.S.C. § 201) |
| JOHNNY GUTIERREZ, | : | Forfeiture |
| Defendant. | : | (18 U.S.C. § 981 and 28 U.S.C. § 2461) |
| | : | |

## INFORMATION

The United States charges that:

## INTRODUCTION

1.  Defendant, **JOHNNY GUTIERREZ** ("**GUTIERREZ**"), a citizen of the United States, up until April 28, 2014, was a loan officer at the Export Import Bank.

2.  The Ex-Im Bank, the official export credit agency of the United States, was an independent agency of the executive branch of the United States and was located in Washington, D.C. Ex-Im Bank issues loan insurance and guarantees to domestic lenders providing loans to foreign purchasers of American made goods.

3.  **GUTIERREZ** was responsible for conducting credit reviews for companies submitting financing applications and for recommending approval or disapproval of proposed credit transactions.

### COUNT ONE
(BRIBERY OF A PUBLIC OFFICIAL)

4.  Paragraphs 1 through 3 of the Introduction to this Information are realleged and incorporated by reference as if fully set forth herein.

5. Starting in or about June 19, 2006, and continuing until December 9, 2013, in the District of Columbia and elsewhere, defendant,

**JOHNNY GUTIERREZ,**

while being a public official, on 19 separate occasions, personally and corruptly sought and accepted things of personal value, *i.e.,* money, from another person and entity, in return for being influenced in the performance of his official acts.

All in violation of Title 18, United States Code, Section 201.

## FORFEITURE

1. Count 1 of this Information is hereby realleged and incorporated by reference as if fully set forth herein.

2. As a result of the bribery offense alleged in Count One of the Information, which is realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461(c), defendant,

**JOHNNY GUTIERREZ,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(8),

    A. any real or personal property used or intended to be used to commit, to facilitate, or to promote the commission of such offenses;

    B. any real or personal property, constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of the offenses; and

      C.    a sum of money representing the amount of proceeds obtained as a result of the offense for which the defendant is convicted up to a value of seventy-eight thousand, nine hundred dollars and no cents ($78,900).

    3.    In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

      A.    cannot be located upon the exercise of due diligence;

      B.    has been transferred or sold to or deposited with a third person;

      C.    has been placed beyond the jurisdiction of the Court;

      D.    has been substantially diminished in value; or

      E.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of defendant **JOHNNY GUTIERREZ** up to the value of the above described property in paragraph 2.

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____
WILLIAM H. BOWNE
Trial Attorney
PATRICK M. DONLEY
Senior Ligation Counsel
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 514-0660
patrick.donley2@usdoj.gov
william.bowne2@usdoj.gov

Date:   April 10, 2015